Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 18, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 18, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-001067-CV

____________

 

IN RE JOSE ALFREDO CAVALIERE,
JR., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On November 4, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator seeks a
writ of mandamus ordering Margie Thompson, the clerk of the First Court of
Appeals, to request a supplemental clerk=s record from the district court in relator=s criminal proceedings.

Relator has not established that he is
entitled to mandamus relief.  He has not
met the requisites of Texas Rule of Appellate Procedure 52.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 18, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.